UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEANNE S. DILORETO<br><br>      Putative Debtor.<br>---------------------<br>ERIC R. DINALLO, Superintendent of Insurance for the State of New York, in his capacity as Liquidator of Nassau Insurance Company,<br><br>      Appellant.<br>---------------------<br>JEANNE S. DILORETO,<br><br>      Cross-Appellant. | Civil Action No.: 08-4491 |

## ORDER

**AND NOW**, this 22nd day of November, 2010, upon consideration of Appellant Eric DiNallo's brief (doc. no. 14), Cross-Appellant Jeanne S. Diloreto's brief (doc. no. 15), oral argument held on November 19, 2010, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Appellants' appeals are **DENIED** and the decision of the Bankruptcy Court is **AFFIRMED**. The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**